IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| TINA SWEAT, | ) |
| Plaintiff, | ) |
| | ) CASE NO. 2:16-CV-253-WKW-TFM |
| V. | ) |
| | ) |
| OCWEN LOAN SERVICING, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

**COME NOW** Defendants Ocwen Loan Servicing, LLC ("Ocwen"), U.S. Bank, National Association, as Trustee for GSAMP Trust 2006-HE2 Mortgage, Pass-Through Certificates, Series 2006-HE2 ("U.S. Bank") and Mortgage Electronic Registration Systems, Inc. ("MERS") (collectively, "Defendants"), pursuant to 28 U.S.C. § 1441, and hereby give notice of the removal of this action to the United States District Court for the Middle District of Alabama, Northern Division. As grounds for this removal, the Defendants state as follows:

### I. PROCEDURAL BACKGROUND

1.  On March 2, 2016, Plaintiff filed this action in the Circuit Court of Coosa County, Alabama, Case No. 22-CV-2016-90007.00.[1]

2.  Plaintiff alleges in her Complaint that she is a resident of Coosa County, Alabama. (See Complaint, ¶ 4).

---

[1] A copy of the state court file, which includes Plaintiff's Complaint, is attached hereto as Exhibit A.

1

3. Plaintiff's Complaint alleges that the Defendants violated the Fair Debt Collections Practices Act ("FDCPA"), 15 U.S.C. § 1692a, et seq., Truth in Lending Act ("TILA"), 15 U.S.C. § 1601, et seq., Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, et seq., and Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. § 2601, et seq.. Plaintiff also seeks declaratory relief and asserts claims for negligence, wantonness, unjust enrichment, wrongful foreclosure, slander of title, breach of contract, fraud, false light and defamation.

4. This case is properly removable because the Complaint could have originally been filed in this Court pursuant to 28 U.S.C. §§ 1331 and 1367(a), as it seeks relief under the laws of the United States and the state law claims are so related to the federal claims that they form part of the same case or controversy.

5. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b), which provides, in pertinent part, as follows:

> The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter.

6. The state court file reflects that Ocwen and U.S. Bank as Trustee were served on March 11, 2016. The file indicates that MERS was served on March 10, 2016. This removal is therefore timely.

## II.   FEDERAL QUESTION JURISDICTION

7. Pursuant to 28 U.S.C. § 1331, as amended, the "district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

8. Here, Plaintiff alleges that the Defendants violated the FDCPA, TILA, FCRA and RESPA. Therefore, Plaintiff has brought a civil action arising under the laws of the United States.

9. Further, the Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(a) because those claims arises out of, and form part of, the same case or controversy as the federal claims. Therefore, this entire case is removable pursuant to 28 U.S.C. § 1441(a).

### III. ALL OTHER REQUIREMENTS FOR REMOVAL ARE SATISFIED

10. Plaintiff's claims are properly removable to this Court pursuant to 28 U.S.C. § 1441.

11. This case is a civil action within the meaning of the Acts of Congress relating to the removal of causes.

12. This removal is timely pursuant to 28 U.S.C. §1446(b).

13. The Defendants have heretofore sought no similar relief.

14. Venue for removal is proper in this district and division under 28 U.S.C. § 1441(a) because the district and division embrace the Circuit Court of Coosa County, Alabama, the forum in which the removed action was pending.

15. A copy of this notice is being filed with the Clerk of the Circuit Court of Coosa County, Alabama, as provided under 28 U.S.C. § 1446. The Defendants are also giving prompt written notice to Plaintiff of the filing of this Notice of Removal.

16. Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of the Defendants' rights to assert any defense or affirmative matter, whether pursuant to Fed. R. Civ. P. 8(c), Fed. R. Civ. P. 12(b), or otherwise, including, but not limited to, the defenses of insufficient process, insufficient service of process, and failure to state a claim upon which relief can be granted.

17. The Defendants reserve the right to amend or supplement this Notice of Removal.

**WHEREFORE, PREMISES CONSIDERED,** the Defendants request that the Court take jurisdiction of this action and issue all necessary orders and process to remove this action from the Circuit Court of Coosa County, Alabama to the United States District Court for the Northern District of Alabama, Middle Division.

Respectfully Submitted,

*/s/ Robert E. Poundstone*

Robert E. Poundstone, IV (ASB-5864-N53R)
BRADLEY ARANT BOULT CUMMINGS LLP
445 Dexter Avenue, Suite 9075
Montgomery, Alabama 36104
(205) 956-7700
bpoundstone@babc.com

H. Eli Lightner, II (ASB-0138-N71L)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8850
elightner@babc.com

*ATTORNEYS FOR OCWEN LOAN SERVICING, LLC, U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAMP TRUST 2006-HE2 MORTGAGE, PASS-THROUGH CERTIFICATES, SERIES 2006-HE2, AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2016, I served a copy of the foregoing via the Court's electronic filing system or by first-class U.S. mail, postage prepaid, where appropriate, to the following:

    Kenneth J. Lay
    HOOD & LAY, LLC
    1117 22nd Street South, Suite 101
    Birmingham, AL 35205
    kenneth.j.lay@gmail.com

    /s/ Robert E. Poundstone, IV
    Robert E. Poundstone, IV