IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TINA SWEAT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:16-CV-253-WKW |
| | ) |
| OCWEN LOAN SERVICING LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Stipulation of Dismissal of MERS With Prejudice (Doc. # 14), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Tina Sweat's action against Defendant Mortgage Electronic Registration Systems, Inc., has been dismissed with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties.  Plaintiff's action against Defendants Ocwen Loan Servicing LLC and U.S. Bank National Association remains pending and is not affected by the Order.

DONE this 19th day of May, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE