IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TINA SWEAT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 2:16-cv-00253-WKW-TFM |
| | ) |
| OCWEN LOAN SERVICING, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

COME NOW the remaining Parties to this action, Defendants Ocwen Loan Servicing, LLC and U.S. Bank, National Association, as Trustee for GSAMP Trust 2006-HE2 Mortgage, Pass-Through Certificates, Series 2006-HE2 (collectively "Defendants"), and Plaintiff, Tina Sweat ("Plaintiff"), and pursuant to Federal Rule of Civil Procedure 41(a) jointly stipulate to the dismissal of Plaintiff's claims against Defendants in the above-styled matter *with prejudice.*


Respectfully Submitted,

/s/ *H. Eli Lightner, II*
H. Eli Lightner, II (ASB-0138-N71L)
Anna-Katherine Bowman
Bradley Arant Boult Cummings, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203

ATTORNEYS FOR DEFENDANTS OCWEN LOAN SERVICING, LLC, AND U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAMP TRUST 2006-HE2 MORTGAGE, PASS-THROUGH CERTIFICATES, SERIES 2006-HE2

/s/ *Kenneth J. Lay (with permission)*
Kenneth J. Lay
Hood & Lay, LLC
1117 22nd Street South, Suite 101
Birmingham, Alabama 35205

ATTORNEY FOR PLAINTIFF TINA SWEAT