IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TINA SWEAT,                          )
                                     )
            Plaintiff,               )
                                     )
      v.                             )      CASE NO. 2:16-CV-253-WKW
                                     )
OCWEN LOAN SERVICING,                )
LLC, *et al.*,                       )
                                     )
            Defendants.              )

## ORDER

Before the court is the joint Stipulation of Dismissal (Doc. # 21), filed by

Plaintiff Tina Sweat and Defendants Ocwen Loan Servicing, LLC, and U.S. Bank

National Association.   Because the joint stipulation comports with Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action has been

dismissed with prejudice by operation of Rule 41, on the terms agreed to by the

parties.

The Clerk of the Court is DIRECTED to close this case.

DONE this 4th day of November, 2016.

                    _____
                          /s/ W. Keith Watkins
                    CHIEF UNITED STATES DISTRICT JUDGE